**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |
|---|
| CLIFTON ROBINSON, |
| *Plaintiff*, |
| v. |
| J. HEMINGWAY, *et al.* |
| *Defendants*. |

Civil Action No. 22-1569 (RDM)

## <u>ORDER</u>

For the reasons set forth in the memorandum opinion that accompanies this order, it is hereby **ORDERED** that the case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Civil Rule 83.23. Defendants' motion to dismiss and for summary judgment, Dkt. 18, is hereby **DENIED as MOOT**.

The Clerk of the Court shall mail a copy of this Order to Plaintiff's addresses of record.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: December 4, 2023